JS - 6/ENTER

**FILED NOV 14 2012**
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CHARLES K. JONES, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA BOARD OF PAROLE HEARINGS, <br><br> Respondent. | Case No. CV 12-7376-GW (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: Nov. 12, 2012

_____
George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY