JS - 6/ENTER

FILED

NOV 1 4 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHARLES K. JONES,

        Petitioner,

        v.

CALIFORNIA   BOARD   OF   PAROLE
HEARINGS,

        Respondent.

Case No.  CV 12-7376-GW (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated:  Nov. 12, 2012

George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1